UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: PAUL CHARLES LAUBENSTEIN
and LISA MARY LAUBENSTEIN

      Debtors.
_____

PILGRIM SKATING ARENA, INC.,

      Appellant,

v.

Case No.: 2:20-cv-00804-JLB
Bankr. No.: 9:20-bk-3697-FMD

PAUL CHARLES LAUBENSTEIN
and LISA MARY LAUBENSTEIN,

      Appellees.
_____/

## ORDER

Appellant Pilgrim Skating Arena, Inc. ("Pilgrim"), moves the Court to allow Mark C. O'Connor to appear pro hac vice as its counsel, (Doc. 8), with M. Lewis Hall III as local counsel. See Local Rule 2.02(a). Pilgrim's motion is **GRANTED**. If he has not already done so, Attorney O'Connor is directed to file the appropriate forms, pay the requisite filing fees, and participate in electronic filing by registering for CM/ECF and obtaining passwords **within twenty days of this Order**.

**ORDERED** in Fort Myers, Florida on November 6, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE